**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sammie Jean McNeil, Otis Green, and John Doe,
Defendants,

Of whom Sammie Jean McNeil is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002380

———————————

Appeal From Darlington County
Michael S. Holt, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-265
Submitted May 16, 2018 – Filed June 14, 2018

———————————

**AFFIRMED**

———————————

Melvin Wayne Cockrell, III, and Sarah Crawford
Campbell, both of Cockrell Law Firm, PC, of
Chesterfield, for Appellant.

Delton W. Powers, Jr., of Powers Law Firm, PC, of
Bennettsville, for Respondent.

Robbie Forrester Gardner, III, of Rob F. Gardner, III, PC, of Hartsville, for the Guardian ad Litem.

Mark W. Buyck, III, of Willcox, Buyck & Williams, of Florence, as Guardian ad Litem for Appellant.

---

**PER CURIAM:**  Sammie Jean McNeil appeals the family court's final order terminating her parental rights to her three minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.